RECEIVED
IN ALEXANDRIA, LA.

AUG 3 1 2009

TONY R. MOORE, CLERK
BY_____ DEPUTY

UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF LOUISIANA

LAKE CHARLES DIVISION

| | |
|---|---|
| CARL L. HARDY SR. | CIVIL ACTION NO. 07-2241-LC |
| VERSUS | DISTRICT JUDGE JAMES T. TRIMBLE JR |
| MICHAEL J. ASTRUE, COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE JAMES D. KIRK |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the entire record, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that Hardy's appeal is DENIED and that the final decision of the Commissioner is AFFIRMED.

THUS ORDERED AND SIGNED in Chambers at Alexandria, Louisiana, on this 31st day of August 2009.

JAMES T. TRIMBLE, JR.
UNITED STATES DISTRICT JUDGE